**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00150-BNB

DONALD JOSEPH WEST,
    Plaintiff,

v.

[UNNAMED DEFENDANTS],
    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the response (ECF No. 6) that Plaintiff, Donald Joseph West, submitted *pro se* on February 8, 2013, to the order of January 23, 2013 (ECF No. 4), to cure certain deficiencies in the case. The other individuals listed as petitioners on the response, including a Rick D. Allee, who co-signed the response, are not parties to this lawsuit and may not file documents on behalf of Mr. West.

    To the extent Mr. West requests free copies of any of the documents he has filed in this case, the request is DENIED. Mr. West may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance. Mr. West is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

    To the extent Mr. West requests copies of the documents he needs to cure the deficiencies designated in the January 23 order (ECF No. 4), the clerk of the Court is directed to mail to Mr. West, together with a copy of this minute order, copies of the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. Mr. West will be allowed **thirty (30) days from the date of this minute order** in which to cure the deficiencies designated in the January 23 order. Failure to do so within the time allowed will results in the dismissal of the instant action. The Court will not otherwise address the content of the February 8 response.

    The motion titled "Motion Asking Court 'Again' to Launch an Investigation by Outside Agency Into Attack and Severe Beating of Donald Joseph West" (ECF No. 8) that Mr. West also filed on February 8 is denied as premature.

Dated:  February 11, 2013