**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00150-BNB

DONALD JOSEPH WEST,
    Plaintiff,

v.

[UNNAMED DEFENDANTS],
    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the combination letter and motion (ECF No. 11) that Plaintiff, Donald Joseph West, submitted *pro se* on February 11, 2013.  Mr. West is directed to cease sending letters to judicial officers.  D.C.COLO.LCivR 77.2 concerning ex parte communication with judicial officers provides that "no . . . party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer."  To the extent the February 11 document is a motion, the motion is DENIED as premature.

    Mr. West was directed on January 23, 2013, to cure certain deficiencies in this case within thirty days.  On February 11, 2013, he was granted by minute order (ECF No. 9) an additional thirty days in which to cure the designated deficiencies.  The only future filings that will be addressed from Mr. West are those that cure the deficiencies in the January 24 order.  Mr. West is directed to cease filing extraneous papers that do not cure these deficiencies.

Dated:  February 12, 2013