**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00150-LTB

DONALD JOSEPH WEST,

    Plaintiff,

v.

CHEIF [sic] OF POLICE ROBERT TAYLOR, Police Dept.
SGT. HILL, Internal Affairs, Police Dept.,
SHERIFF BRAIN THOMAS, Potter Co. Sheriff,
SHERIFF JOEL RICHARDSON, Randall Co. Sheriff,
DOCTOR LACEY, Medical Doctor, Jail Doctor,
U.S. MAGISTRATE JUDGE CLINTON E. AVERITTE,
U.S. DISTRICT JUDGE MARYLOU ROBINSON, and
UNKNOWN POLICE OFFICERS, Amarillo Police,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion (ECF No. 22) that Plaintiff, Donald Joseph West, filed on June 13, 2014, asking this Court to return this transferred case to its docket is DENIED.  This case is closed.  The clerk of the Court is directed to strike any future filings by Mr. West in this action.  The Court will no longer address them.

Dated:  June 17, 2014